## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BALEY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **Case No. 15-CV-569-SMY-DGW** |
| | ) |
| AIR AND LIQUID SYSTEMS | ) |
| CORPORATION, et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**YANDLE, District Judge:**

Pending before the Court is the Stipulation for Dismissal with Prejudice (Doc. 113) filed by Plaintiff and Defendant General Electric Company, wherein these parties request the dismissal of this Defendant with prejudice under Federal Rule of Civil Procedure 41(a)(2).  No remaining co-defendant objected within five (5) days of the filing of the Motion.  Accordingly, the Motion is **GRANTED** and the claims against General Electric Company are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

**DATED:  October 21, 2015**

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**